UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

BRIA K. MARAIA,

**Defendant.**

JUDGMENT IN A CRIMINAL CASE
Case No. 5:23-PO-96   (TWD)

Melissa Swartz-Bragg, Esq.
**Attorney for Defendant**

**THE DEFENDANT ENTERED A PLEA OF:**

**XX**   Guilty as to Violation Nos. E1007527, E1007528, and E1007530

The Defendant having entered a plea of GUILTY to Violation Nos. E1007527, E1007528, and E1007530 on June 30, 2023;   and

The Court having accepted the Defendant's plea of GUILTY as knowing and voluntary,

**IT IS ORDERED AND ADJUDGED**, that the Court finds the Defendant GUILTY of Violation Nos. E1007527, E1007528, and E1007530; and it is further

**ORDERED AND ADJUDGED**, that the Defendant is ordered to pay a fine in the amount of $5,000.00 as to Violation Nos. E1007527, E1007528, and E1007530; and a Processing Fee as to each violation in the amount of $90.00, for a total fine of $5,090.00 due by July 28, 2023.

_June 30, 2023_
Date of Imposition of Sentence

_June 30, 2023_
Date Signed

_[signature]_
Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge